Bruce HEIM and Fred Nicholas, t/d/b/a
University Carriage House Associates,
a Limited Partnership, Petitioners

v.

DOX PLANKS OF NORTHEASTERN,
PA., a Division of Romani Industries
and Romani Industries, Respondents.

Supreme Court of Pennsylvania.

Oct. 12, 1994.

*ORDER*

PER CURIAM:

The Petition for Allowance of Appeal is granted. The Order of the Superior Court is affirmed. *See McConnaughey v. Building Components, Inc.*, 536 Pa. 95, 637 A.2d 1331 (1994).

MONTEMURO, J., is sitting by designation.